# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DWIGHT CHANEY,<br><br>                Plaintiff,<br><br>vs.<br><br>ARCHER-DANIELS-MIDLANDS COMPANY,<br><br>                Defendant. | 8:21CV403<br><br>**ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

**IT IS ORDERED** that:

1. Within forty-five (45) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of court, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The clerk of court is directed to terminate the pretrial and trial settings, and any hearings set in this case.

Dated this 7th day of August, 2023.

                                                                                        BY THE COURT:

                                                                                        s/ Susan M. Bazis<br>
                                                                                       United States Magistrate Judge